IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROGER LEE HAYNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-16-1152-F |
| ) | |
| NOLA FOULSTON, et al., ) | |
| ) | |
| Defendant(s). ) | |

## REPORT AND RECOMMENDATION

Plaintiff has filed an Application to Proceed in District Court without Prepaying Fees or Costs (Motion) (ECF No. 2) in conformance with 28 U.S.C. § 1915. Pursuant to an order entered by United States District Judge Stephen P. Friot, this matter has been referred to the undersigned magistrate judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). Having reviewed said motion, the undersigned finds that Plaintiff has sufficient funds to prepay the filing fee of $400.00. Because he does not qualify for authorization to proceed without prepayment of the filing fee, it is recommended that Plaintiff's motion, **(ECF No. 2)**, be **DENIED** and that he be ordered to pay the full $400.00 filing fee for this action to proceed. 28 U.S.C. § 1915(a)(1). *Lister v. Department of the Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005) (magistrate judge should issue a report and recommendation when denying motion to proceed *in forma pauperis*.).

It is recommended that this action be dismissed without prejudice to refiling unless Plaintiff pays the $400.00 filing fee in full to the Clerk of the Court within **twenty (20) days** of any order adopting this Report and Recommendation.

Plaintiff is advised that he may file an objection to this Report and Recommendation with the Clerk of this Court by **October 24, 2016**. Plaintiff is further advised that failure to timely object to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. *Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

This report and recommendation disposes of all matters referred to the undersigned Magistrate Judge in the captioned matter.

ENTERED on October 7, 2016.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE